# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER UNDER 42 U.S.C. § 1983 or UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Versace Alan Scott

_____

(Full name of the Plaintiff(s) in this action)

v.

Randi Thomas Embry
& Logan County Sheriff
Department

_____

(Full name of the Defendant(s) in this action)

FILED
JAMES J. VILT, JR. - CLERK
DEC 12 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 1:23-CV-169-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Versace Alan Scott

Place of Confinement: Logan County Dentention Center

Address: 304 W. 3Rd St Russellville KY 42276

Status of Plaintiff: CONVICTED ( )  PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Randi Embry is employed as Deptuty Sherrif at Logan County Sherrif Department

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____ .

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Randi Thomas Embry is one of the Deputy Sheriffs who took a vote to kill me when on Oct 13th 2022 when Antonio Browder and the Drug task Force took a vote to kill me and Atonio Browder ran me over with the intent to kill me on my moped and Broke my neck shoulder hip and right Ankle and middle Toe and I have severe memory Loss From it.

4

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 20,000,000

___ grant injunctive relief by _____

✓ award punitive damages in the amount of $ 1,500 cash For New moped

___ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 20 day of November, 2023

_Versace Alan Scott_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 11-20-2023.

_Versace Alan Scott_
(Signature)

6

Logan county
Detention Center
304 W. 3rd St
Russellville KY 42276
Attn: Versace Scott

1:23-cv-169-JHM

**INMATE MAIL UNCENSORED**

FILED
JAMES J. VILT, JR. - CLERK
DEC 12 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Office of the clerk
501 Broadway, Suite 127
Paducah, KY 42001-6801

